178 So. 920

**W. A. DENSON et al. v. STEINER BROS., Inc.**

**6 Div. 55.**

Supreme Court of Alabama.

Jan. 13, 1938.

Rehearing Denied Feb. 24, 1938.

William D. Denson, of Birmingham, for appellants.

Leader, Hill, Tenenbaum & Seedman, of Birmingham, for appellee.

FOSTER, Justice.

The questions involved on this appeal are substantially the same as those presented in the case of W. A. Denson et al. v. Steiner Bros., Inc., et al., ante, p. 697, 178 So. 919, this day decided, and upon authority of that case the judgment of the circuit court, sitting in equity, will be affirmed.

Affirmed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

178 So. 920

**Mary H. DENSON v. TITLE GUARANTEE LOAN & TRUST CO.**

**6 Div. 188.**

Supreme Court of Alabama.

Jan. 13, 1938.

Rehearing Denied Feb. 24, 1938.

Paine Denson, of Birmingham, for appellant.

Smyer, Smyer & Bainbridge, of Birmingham, for appellee.

GARDNER, Justice.

As was the case of W. A. Denson et al. v. Steiner Brothers, Inc., et al., ante, p. 697, 178 So. 919, this day decided, the bill was patterned after, and is in all substantial respects the same as that considered by this Court in Denson et al. v. Provident Mutual Life Insurance Co., 231 Ala. 574, 166 So. 33, and upon that authority the decree appealed from is due to be affirmed. It is so ordered.

Affirmed.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.

178 So. 920

**Arthur B. DODSON, Adm'r, etc., v. Callie W. DODSON.**

**3 Div. 236.**

Supreme Court of Alabama.

Feb. 7, 1938.

PER CURIAM.

Appeal dismissed on motion of appellant.

176 So. 916

**Ex parte W. O. DOWNS.**

**6 Div. 229.**

Supreme Court of Alabama.

Oct. 25, 1937.

Horace C. Wilkinson and Ernest Matthews, both of Birmingham, for petitioner.

PER CURIAM.

Rule nisi denied.